No. 1868. SETTI Y PIATOLLI ET AL., APPELLEES, *v.* PÉREZ ACOSTA, APPELLANT.—Ejectment. San Juan, Section 1. June 4, 1918. *Dismissed.*

No. 1867. VIDAL, APPELLANT, *v.* VIDAL ET AL., APPELLEES.— Designation of heirs. Guayama. June 4, 1918. *Dismissed.*

No. 1267. PEOPLE, APPELLEE, *v.* SOTO, APPELLANT.—Assault and battery. Guayama. May 7, 1918. *Modified and affirmed.*

No. 1266. PEOPLE, APPELLEE, *v.* VIÑAS, APPELLANT.—Assault and battery. San Juan, Section 2. June 7, 1918. *Affirmed.*

No. 1873. PERRIER, APPELLEE, *v.* DEL ROSARIO, APPELLANT.— Ejectment. Humacao. June 7, 1918. *Dismissed.*

No. 1820. EX PARTE CRESPO SALAS, PETITIONER AND APPELLANT.—Designation of heirs. San Juan, Section 1. June 7, 1918. *Dismissed.*

No. 1874. CABEZAS ET AL., APPELLEES, *v.* HERNÁNDEZ ET AL., APPELLANTS. — Contract. San Juan, Section 2. June 10, 1918. *Appeal withdrawn.*

No. 172. HERNÁNDEZ, PETITIONER, *v.* ROSSY, DISTRICT JUDGE, RESPONDENT.—Mandamus. San Juan, Section 2. June 10, 1918. *Petition withdrawn.*